IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN ARNOLD, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| Vs. | )   Case No. 15-1252 L |
| | ) |
| UNITED STATES OF AMERICA, | )   Hon. Marian Blank Horn |
| | ) |
| Defendants. | ) |

**R. DERYL EDWARDS, ATTORNEY FOR ARNOLD PLAINTIFFS, CERTIFICATE OF COMPLIANCE OF COURT'S ORDER (DOC #148)**

Comes Now, R. Deryl Edwards, Attorney for the Arnold Plaintiffs, and pursuant to the Court's Order dated May 4, 2021, (Doc #148), herewith certifies that he transmitted on May 31, 2021, via email and on June 1, 2021, via U. S. Mail, postage prepaid, his attorney bill and costs in this matter to Attorney for Defendant:

Davene Walker
Trial Attorney
United States Department of Justice
Environment and natural Resource Division
Natural Resources Section
P. O. Box 7611
Washington, D.C.
Email:  davene.walker@usdoj.gov

                                                    Respectfully Submitted

                                                    *R.Deryl Edwards*
                                                    **R.DERYL EDWARDS**
                                                    **2619 E. 15th Street**
                                                    **Joplin, MO 64801**
                                                    **Tel:     417-624-8099**
                                                    **Fax:    417-624-1965**
                                                    Email: deryled@gmail.com

                                                    **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  Comes now R. Deryl Edwards, Attorney for the Arnold Plaintiffs, and certifies that he has emailed this Certificate of Compliance of the Court's Order (Doc #148) this 10th day of June, 2021, to the following:

**JOHN C. CRUDEN**
**Assistant Attorney General**
**Environment and Natural Resources Division**

**Davene Walker**
**Trial Attorney**
**United States Department of Justice**
**Environment and natural Resource Division**
**Natural Resources Section**
**Q. O. Box 7611**
**Washington, D.C.**
**Email: davene.walker@usdoj.gov**

            *R.Deryl Edwards*
            **R.DERYL EDWARDS**