IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed 3/1/2022)

| | |
|---|---|
| ARNOLD, et al, <br><br> Plaintiffs, <br><br> Vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 15-1252 L <br><br> Hon. Armando O. Bonilla |

**CERTIFICATION OF SERVICE**
**OF ARNOLD PLAINTIFFS' ATTORNEY BILL**
**IN COMPLIANCE WITH COURT'S ORDER (DOC 164)**

Plaintiffs' attorney hereby certifies that he transmitted on the 28th day of February, 2022 via email to Defendant USA in compliance with the Court's order (Doc 164) the following:

1. Plaintiffs' attorney invoice
2. Elite Counseling invoice
3. Attorney James F.B. Daniels invoice

Davene D. Walker
Trial Attorney
United States Department of Justice
Environment and Natural Resource Division
Natural Resources Section
PO Box 7611
Washington, D.C. 20022-7611
Email: davene.walker@usdoj.gov

                                         *s/ R. Deryl Edwards*
                                         R. Deryl Edwards, MO Bar #21875
                                         R. DERYL EDWARDS LAW OFFICE
                                         2619 E. 15th Street
                                         Joplin, MO 64801
                                         Tel:  (417) 624-8099
                                         Fax:  (417) 624-1965
                                         Email:  deryled@gmail.com