<div style="color:red; text-align:center">Corrected</div>

# In the United States Court of Federal Claims

No. 15-1252L & 15-1268L
(Filed: March 25, 2022)

|  |  |
|---|---|
| **JOHN ARNOLD, et al.,** | ) |
| *Plaintiff*, | ) |
| and | ) |
| **JOE L. DAWSON, et al.,** | ) |
| *Consolidated Plaintiffs*, | ) |
| v. | ) |
| **UNITED STATES**, | ) |
| Defendant. | ) |

<u>ORDER</u>

The Court hereby **SCHEDULES** a status conference for **Thursday, March 31, 2022, at 9:45 AM (EDT)**, to discuss the remaining issues and future proceedings in *Dawson v. United States*, No. 15-1268 (Fed. Cl.). The proceeding will be held *via* Cisco Meeting Server (CMS) and counsel in the *Dawson* matter will be provided with the dial-in information.

IT IS SO ORDERED.

 s/ Armando O. Bonilla
Armando O. Bonilla
Judge